**FILED**
9/21/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EMMIT BROWN

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

TOM DART SHERIFF

COOK COUNTY DEPARTMENT OF CORRECTIONS

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:16-cv-8712
Judge Robert M. Dow, Jr.
Magistrate Judge Sidney I. Schenkier
PC11

RECEIVED
SEP 06 2016
9-6-2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:　　　　AMENDED COMPLAINT

✓　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: EMMIT BROWN

   B. List all aliases: N/A

   C. Prisoner identification number: 20150303131

   D. Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

   E. Address: 2650 S. CALIFORNIA CHICAGO, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: TOM DART

   Title: COOK COUNTY SHERIFF

   Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments** or cite any **cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SINCE 2-4-16 AND ON THE 2-10-16 THERE HAS BEEN SMOKE BLOWING OUT OF THE VENT IN DIVISION 10/4C. I BEEN COUGHING, MY EYE'S ARE WATERING, TRYING TO BREATH, THERE NO FRESH AIR COMING OUT OF THE VENT. I'M BREATHING IN TOXIC AND FUMES IN MY BODY. I CANNOT EVEN EAT MY FOOD BITE BECAUSE OF THIS SMOKE INSIDE THE VENT. WHICH IS ~~INCIDENT~~ CRUEL AND ~~WAS~~ UNUSUAL PUNISHMENT BUT ALSO A MATTER OF CRIMINAL↑AND NEGLIGENTS. I WANT TO BE COMPENSATED FOR ALL ACTION FOUND NEGLIGENT

Reviewed: 8/2013

Reviewed: 8/2013

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT THE COURT TO GRANT ME A HALF A MILLION DOLLAR AND BECAUSE THE JAIL WILL NOT TEST ME FOR TOXIC AND FUMES, SO IF WIN THIS CASE I WANT A MILLION IN PAIN SUFFERING

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7 day of 13, 2016

Emmit Brown

(Signature of plaintiff or plaintiffs)

EMMIT BROWN
(Print name)

20150303131
(I.D. Number)

COOK COUNTY DEPARTMENT OF CORRECTIONS
COOK COUNTY JAIL P.O. BOX 089002
CHICAGO, IL. 60608
(Address)

Reviewed: 8/2013



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Brown | Emmit | 20150303131 |
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
| 10 | 4C | 2-10-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 2-4-16 | 6:40 AM | 10/4C |

SINCE 2-4-16 AND ON THE 2-10-16 THERE HAS BEEN SMOKE BLOWING OUT OF THE VENT IN DIVISION 10/4C. I BEEN COUGHING, MY EYE'S ARE WATERING, TRYING TO BREATH, THERE NO FRESH AIR COMING OUT OF THE VENT. I'M BREATHING IN TOXIC AND FUMES IN MY BODY. I CANNOT EVEN EAT MY FOOD BITE BECAUSE OF THIS SMOKE INSIDE THE VENT.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

TO FIX THE PROBLEM WITH THE VENT'S AND I WOULD LIKE THE CONTROL NUMBER.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA.)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)* |
|---|---|
| | Emmit Brown  2-10-16 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M[...] | [signature] | 2-11-16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 2016 1139

### INMATE INFORMATION (Información del Preso)

- **INMATE LAST NAME** (Apellido del Preso): Brown
- **INMATE FIRST NAME** (Primer Nombre): Emmit
- **ID Number** (# de identificación): 20150303131

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 7/0 Living Condition

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO** (Example: Superintendent, Cermak Health services, Personnel): DIV 10

**DATE REFERRED:** / /

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** STAFF IS INFORMING DETAINEE NOT TO COVER THE VENTS AND NOT TO COOK — TO PREVENT THE ISSUES MEDICAL ON DUTY 24 HOURS TO ADDRESS YOUR CONCERNS

**PERSONNEL RESPONDING TO GRIEVANCE** (Print): 
**SIGNATURE:**
**DIV./DEPT.:**
**DATE:** / /

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**SUPERINTENDENT / DIRECTOR / DESIGNEE** (Print): CW Clemons
**SIGNATURE:**
**DIV./DEPT.:** 10
**DATE:** 2/18/16

**NON-GRIEVANCE (REQUEST) SUBJECT CODE** (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE** (Firma del Preso): Emmit Brown

**DATE RESPONSE WAS RECEIVED:** / /

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 2/25/16

**INMATE'S BASIS FOR AN APPEAL:** It is untrue what you are saying office mchaffey and other officer, and the superintedent already said, it's from the furnace, it's has been occurying every year in DIV 10 from Nov to March

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☑

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to stand — R/DO cannot substantiate inmate allegation — Inmate may re-address via request to Supt.

**ADMINISTRATOR / DESIGNEE** (Print): J Mueller
**SIGNATURE:**
**DATE:** 3/4/16

**INMATE SIGNATURE** (Firma del Preso):
**DATE INMATE RECEIVED APPEAL RESPONSE:** / /

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

EMMIT BROWN #20150303131
P.O. BOX 089002
CHICAGO, IL. 60608




1038



1:16-cv-8712
Judge Robert M. Dow, Jr.
Magistrate Judge Sidney I. Schenkier
PC11

OFFICE OF CLEARK OF THE U.S. DISTRICT COURT

UNITED STATES COURTHOUSE

219 S. DEARBORN STREET

CHICAGO, IL. 60604